UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------
CHRISTINA CORTESE, *et al.*,

       Plaintiffs,

       -against-

TIMES SQUARE BARBEQUE, INC., *et al.*,

       Defendants.
-------------------------------------------

17cv017

ORDER

WILLIAM H. PAULEY III, United States District Judge:

It having been reported to this Court that this action has been or will be settled (see ECF No. 25), this action is discontinued without costs to any party, and without prejudice to reopening this action if such an application is made within thirty (30) days of this Order.

Any application to reopen must be filed within thirty (30) days of this Order, and any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for this Court to retain jurisdiction for the purposes of enforcing any settlement, they must submit the settlement agreement to this Court within the same thirty-day period to be "so ordered." All conferences and other deadlines are hereby vacated.

The Clerk of Court is directed to terminate all pending motions and close this case.

Dated:  June 15, 2017
          New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.